UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:19-CR-00126-FL-7

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| JIMMY DRAKEFORD, ) | |
| ) | |
| Defendant. ) | |

For good cause shown, defendant, JIMMY DRAKEFORD, Motion to Seal Motion to Continue Arraignment is hereby GRANTED.

SO ORDERED, this the 17th day of June 2020.

Louise W. Flanagan
United States District Judge