UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:19-CR-00126-FL-7

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| JIMMY DRAKEFORD, ) | |
| ) | |
| Defendant. ) | |

For good cause shown, defendant, JIMMY DRAKEFORD, Motion to Seal Motion to Re-Open Detention Hearing is hereby GRANTED.

SO ORDERED, this the 23rd day of June 2020.

Louise W. Flanagan
United States District Judge